FILED'07 NOV 13 15:57 USDC-ORM

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

**MARTY J. SWINEHART,**

    Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
**Commissioner** of Social Security

    Defendant.

Civil No. 06-1239-CL

ORDER

Based upon the Stipulation of the parties, it is hereby

ORDERED that attorney fees in the amount of $5913.60 are hereby awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated: 11-13, 2007.

_____
Hon. Mark D. Clarke
U.S. Magistrate Judge

PRESENTED BY:

s/ Richard A. Sly
RICHARD A. SLY
OSB #63074
(503) 224-0436
Attorney for Plaintiff